NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JOSEPHINE BORCHARDT
GENEVIEVE BORCHARDT
FRANCESCA BORCHARDT
GABRIELA BORCHARDT
200 S. BARRINGTON AVE #491661
LA, CA 90049



ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOANNA ARDALAN<br><br>Plaintiff(s),<br>v.<br>JOSEPHINE BORCHARDT ET. AL<br><br>Defendant(s) | CASE NUMBER:<br>2:21cv02540-FMO-RAOx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____DEFENDANTS_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOSEPHINE BORCHARDT | DEFENDANT |
| GENEVIEVE BORCHARDT | DEFENDANT |
| GABRIELA BORCHARDT | DEFENDANT |
| FRANCESCA BORCHARDT | DEFENDANT |
| JOANNA ARDALAN | PLAINTIFF/ CROSS DEFENDANT |
| BACH ARDALAN | CROSS DEFENDANT |

3/23/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Josephine Borchardt, Genevieve Borchardt, Francesca Borchardt

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES