JOSEPHINE BORCHARDT
GENEVIEVE BORCHARDT
FRANCESCA BORCHARDT
GABRIELA BORCHARDT
200 S. BARRINGTON AVE #491661
LA, CA 90049
IN PRO PERS

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

Case No.: 2:21cv02540-FMO-RAOx

JOANNA ARDALAN
    Plaintiff,
vs.

GABRIELA BORCHARDT;
JOSEPHINE BORCHARDT;
FRANCESCA BORCHARDT;
GENEVIEVE BORCHARDT
    Defendants

JOSEPHINE BORCHARDT;
GENEVIEVE BORCHARDT;
FRANCESCA BORCHARDT
    Cross-Plaintiff
vs.
JOANNA ARDALAN; BACH ARDALAN
    Cross-Defendant

Superior Court of the State of California
Case No.: 20STCV20169

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH AFFADAVIT IN SUPPORT**

We, the defendants in the above action - Josephine Borchardt, Genevieve Borchardt, Francesca Borchardt, Gabriela Borchardt- declare under penalty of perjury, that the foregoing is true and correct.

We are parties in the above-entitled case and request in support of our motion to proceed without being required to prepay fees, costs or give security therefore, we state that because of our poverty we are unable to pay the costs of said proceedings or to give security therefore and that we are entitled to redress.

We the defendants have been directly affected by the COVID-19 pandemic, and the financial implications from the global pandemic. The defendants are recipients of pandemic assistance and unemployment benefits.

If our financial situation changes, we will change the status of proceeding in forma pauperis.

In the State Matter, fee waivers were granted for all defendants.

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

By: _____
Josephine Borchardt, In Pro Per

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

By: _____
Genevieve Borchardt, In Pro Per

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

By: _____
Francesca Borchardt, In Pro Per

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

By: _____
Gabriela Borchardt, In Pro Per

REQUEST TO PROCEED IN FORMA PAUPERIS WITH AFFADAVIT IN SUPPORT

## VERIFICATION

I am a party to this action. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing answers are true and correct.

Executed on March 23rd, 2021 at Los Angeles, California.

//signed// _[signature]_

Josephine Borchardt, In Pro Per

//signed// _[signature]_

Genevieve Borchardt, In Pro Per

//signed// _[signature]_

Francesca Borchardt, In Pro Per

//signed// _[signature]_

Gabriela Borchardt, In Pro Per

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH AFFADAVIT IN SUPPORT**