FILED
CLERK, U.S. DISTRICT COURT

MARCH 29 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____vdr____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joanna Ardalan,<br><br>　　　　　　　　　　PLAINTIFF(S)<br>　　　v.<br><br>Gabriela Borchardt, et al.,<br><br>　　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CV 21-02540-FMO-RAO<br><br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                                      United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

_____

Comments:
The Court lacks jurisdiction over this action. See attached proposed order of remand.

March 25, 2021                                      /s/ Rozella A. Oliver
Date                                                      United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

March 29, 2021                                      /s/ Fernando M. Olguin
Date                                                      United States District Judge

CV-73 (08/16)          ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*