

# United States District Court
### Central District of California

Office of the Clerk



CLERK, U.S. DISTRICT COURT

APR 1 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 29, 2021

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**APR 01 2021**

Sherri R. Carter, Executive Officer/Clerk of Court

    Los Angeles Superior Court
     111 North Hill Street
     Los Angeles, CA 90012

Re:  Case Number:        2:21-cv-02540-FMO-RAO
     Previously Superior Court Case No.        20STCV20169
     Case Name:        Joanna Ardalan v. Gabriela Borchardt et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____3/29/2021_____, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ Ingrid Valdes
        Deputy Clerk
        ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

**PAUL CRUZ**

4 | 1 | 2021
Date

By: _____
        Deputy Clerk

CV-103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)