

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

April 6, 2021

Superior Court of California County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 12 2021

Sherri R. Carter, Executive Officer/Clerk of Court

Re: Case Number: 2:21-cv-02540-FMO-RAO
Previously Superior Court Case No. 20STCV20169
Case Name: Joanna Ardalan v. Gabriela Borchardt et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 03/29/2021, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT

APR 21 2021

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

Respectfully,

Clerk, U.S. District Court

By: /s/ *Lori Muraoka*
Deputy Clerk
lori_muraoka@cacd.uscourts.gov

*Encls.*
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

4/12/2021
Date

Clerk, Superior Court

**PAUL CRUZ**

By: _____
Deputy Clerk

CV-103 (05/18)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)